IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARREN SCHRADER,

        Plaintiff,        3:13-cv-00162-DRH-PMF

v.

COMMERCIAL RECOVERY
SYSTEMS, INC.,

        Defendant.

## ORDER and DEFAULT JUDGMENT

This matter is before the Court on plaintiff's motion for default judgment, due notice has been given pursuant to Local Rule 55, the Court having been fully advised, and an entry of default having previously been entered against defendant,

IT IS HEREBY ORDERED:

Judgment is entered in favor of plaintiff, DARREN SCHRADER, and against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., as follows:

1. $1,000.00 statutory damages for defendant's violation of the Fair Debt Collection Practices Act.

2. $3,250.00 actual damages, as established by plaintiff's affidavit, for defendant's violation of the Fair Debt Collection Practices Act.

3. $2,451.00 for plaintiff's attorneys' fees.

1

4. $365.00 for plaintiff's costs.

5. Total Judgment in the amount of $7,066.00

**DATED: August 19, 2013**

Digitally signed by
David R. Herndon
Date: 2013.08.19
12:18:21 -05'00'

**Chief Judge
United States District Judge**