IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARREN SCHRADER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:13-cv-00162-DRH-PMF |
| | ) | |
| v. | ) | Judge Herndon |
| | ) | Magistrate Judge Frazier |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, DARREN SCHRADER, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case without prejudice.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

                                                  Respectfully submitted,
                                                  **DARREN SCHRADER**

                                        By:   s/ David M. Marco
                                                Attorney for Plaintiff

Dated: February 3, 2014

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:     (312) 546-6539
Facsimile:     (888) 418-1277
E-Mail:        dmarco@smithmarco.com