IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARREN SCHRADER, | ) | |
| | ) | |
| **Plaintiff,** | ) | **3:13-cv-00162-DRH-PMF** |
| | ) | |
| v. | ) | **Judge Herndon** |
| | ) | **Magistrate Judge Frazier** |
| COMMERCIAL RECOVERY | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW DOC. #18

NOW COMES the Plaintiff, DARREN SCHRADER, by and through his attorneys, SMITHMARCO, P.C., and for his Motion to Withdraw, Plaintiff states as follows:

1. On February 3, 2014, Plaintiff inadvertently filed a Notice of Voluntary Dismiss without Prejudice. (Doc. #18).

2. Plaintiff requests that his Notice of Voluntary Dismiss without Prejudice be withdrawn.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff's Motion to Withdraw and for any other relief that this Court deems just and appropriate.

Respectfully submitted,
**DARREN SCHRADER**

By:     s/ David M. Marco
            Attorney for Plaintiff

Dated: February 3, 2014

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:      (312) 546-6539
Facsimile:      (888) 418-1277
E-Mail:         dmarco@smithmarco.com